**Rohn M. Roberts**, OSB #793620
rroberts@arnoldgallagher.com
**Aaron J. Noteboom**, OSB #040051
anoteboom@arnoldgallagher.com
Arnold Gallagher P.C.
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2296
P: 541-484-0188
F: 541-484-0536
***Attorneys for Plaintiffs.***

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SOUTH UNIVERSITY SUSTAINABLE HOUSING LLC**, an Oregon limited liability company; **ADAPTABLE GREEN HOUSING LLC**, an Oregon limited liability company; **FIRST LEED LLC,** an Oregon limited liability company; and **PEARL STREET SUSTAINABLE HOUSING LLC**, an Oregon limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>**HARRISON STREET REAL ESTATE CAPITAL, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 6:13-CV-1867-AA<br><br>**MOTION FOR ORDER OF DISMISSAL** |

[Motion and Order on Page to Follow]

MOTION FOR ORDER
OF DISMISSAL- 1

ARNOLD GALLAGHER P.C.
800 Willamette St, Ste 800
Eugene, Oregon 97401
T: 541.484.0188 F: 541.484.0536

**Motion**

WHEREFORE, Plaintiffs, as indicated below, by and through their attorneys of record, hereby move the Court for an Order of Dismissal dismissing the Complaint filed herein without costs and with prejudice.

DATED: November 11, 2013

**ARNOLD GALLAGHER PC**

/s/ Rohn M. Roberts
**Rohn M. Roberts**, OSB #793620
rroberts@arnoldgallagher.com
**Aaron J. Noteboom**, OSB #040051
anoteboom@arnoldgallagher.com
P: (541) 484-0188
Of attorneys for Plaintiffs

---

**Order**

ORDERED AND ADJUDGED that Plaintiffs take nothing by the Complaint herein and that Plaintiffs' Complaint be and the same is hereby dismissed with prejudice and without costs to any party.

DATED: November 12th, 2013.

Ann Aiken
Chief Judge Ann Aiken
District Court of Oregon

ARNOLD GALLAGHER P.C.
800 Willamette St, Ste 800
Eugene, Oregon 97401
T: 541.484.0188 F: 541.484.0536

CERTIFICATE OF SERVICE

I certify that on November 11, 2013, I served or caused to be served a true and complete copy of the foregoing **PLAINTIFFS' MOTION TO DISMISS** addressed to the party or the attorney for each party as follows:

Bryan D. Reid
DLA Piper US LLP
203 N. LaSalle Street, Ste. 1900
Chicago, Ill 60601
bryan.reid@dlapiper.com

Harrison Street Real Estate Capital, LLC
C T Corporation System
208 So. LaSalle Street, Suite 814
Chicago, IL 60604

____ Via the Court's ECF system.

_____ Via Facsimile transmission.

__X__ Postage prepaid and deposited in the United States Post Office at Eugene, Oregon.

__X__ Via E-Mail transmission: bryan.reid@dlapiper.com

ARNOLD GALLAGHER PC

/s/ Aaron J. Noteboom

Aaron J. Noteboom, OSB #040051
Of Attorneys for Plaintiff